IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MENACA ESTUARDO,  )
 )
    Petitioner,  )
 )   Civil Action No. 12-157 Erie
       v.  )
 )
BOBBY L. MEEKS,  )
 )
    Respondent.  )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on July 11, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 13], filed on February 25, 2013, recommended that the petition for writ of habeas corpus be denied. The parties were allowed fourteen (14) days from the date of service to file objections. Service was made on Petitioner and no objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 22nd day of March, 2013;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DENIED.

The Report and Recommendation [ECF No. 13] of Magistrate Judge Baxter, filed on February 25, 2013, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

                                            s/   Sean J. McLaughlin

United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge